**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH CLARK,<br><br>                         Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC.,<br><br>                        Defendant. | Case No.: 17cv1126-MMA (MDD)<br><br>**ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 6] |

     On September 26, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Doc. No. 6.  Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety.  The Clerk of Court is instructed to close this case.

     **IT IS SO ORDERED**.

Dated:  September 26, 2017

Hon. Michael M. Anello
United States District Judge

1